*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THQ, INC. | Case No. CV 13-3783-GW(VBKx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| COKeM INTERNATIONAL, LTD., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on August 19, 2013 [17], it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 22, 2013        BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT